UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CSI INTERNATIONAL,                                   07 Civ.3787 (SAS)

                         Petitioner,          NOTICE OF REMOVAL
                                                  (Diversity)

    -against-

D&M NEW WORLD MANAGEMENT, INC.,
doing business as APOLLO FINE SPIRITS

                        Respondent.

-------------------------------------------------------------X

TO THE CLERK OF THE ABOVE-ENTITLED COURT

      PLEASE TAKE NOTICE that Respondent, D&M New World Management, Inc., doing business as Apollo Fine Spirits, hereby removed to this Court the State Court action described below:

    1.    On or about May 2, 2007, Petitioner, CSI International, filed a civil action in the form of a special proceeding to confirm an arbitration award, against Respondent, D&M New World Management, Inc., doing business as Apollo Fine Spirits, in the Supreme Court of the State of New York, County of New York under Index No.106183/07.

    2.    The civil action arises out of an arbitration between Petitioner and Respondent, and the Petitioner's Notice of Petition and Petition to Confirm an Arbitration Award in connection therewith.

    3.    There are no other party defendants.

4. This action is removable to this Court pursuant to 28 U.S.C. §1332(a)(1), which vests the District Court with original jurisdiction over civil actions where the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, and where the controversy is between citizens of different states.

5. According to the Notice of Petition and Petition to Confirm Arbitration Award, Petitioner is a French corporation with its principal place of business located at 90 rue de Vincennes, 33000 Bordeaux, France while Respondent is a New York corporation with its principal place of business located at 50 Hempstead Gardens Drive, West Hempstead, New York.

6. Petitioner has made a monetary demand in the Petition to Confirm Arbitration Award of $124,493.95 and 352,708.48 euros against Respondent.

7. This Notice of Removal is timely under 28 U.S.C. § 1446(b) and Federal Rules of Civil Procedure 6(a).

WHEREFORE, Respondent, D&M New World Management, Inc., doing business as Apollo Fine Spirits, prays that this Honorable Court will take jurisdiction over this action from the Supreme Court of the State of New York, County of New York, to the United Stated District Court for the Southern District of New York

Dated:    New York, New York
         May 15, 2007

        Yours, etc.
LAZARUS & LAZARUS, P.C.

By:   /S/ Gilbert A. Lazarus, Esq.
GILBERT A. LAZARUS (GAL-1025)
Attorneys for Respondent, D&M New World Management, Inc., doing business as Apollo Fine Spirits
240 Madison Avenue, 8th. Flr.
New York, New York, 10016
212-889-7400

TO:   SUPREME COURT OF THE STATE OF NEW YORK
County of New York
Clerk's Office
60 Centre Street
New York, New York, 1007-1471

COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for the Petitioner
1133 Avenue of the Americas
New York, New York, 10036