UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                                      :

CSI INTERNATIONAL,                                       :

                          Petitioner,            :
                                                             Index No.: 07 Civ. 3787 (SAS)
       -against-                     :

                                                             **NOTICE OF APPEARANCE**
D&M NEW WORLD MANAGEMENT INC.   :
*doing business as* APOLLO FINE SPIRITS,    :   FILED ELECTRONICALLY

                        Respondent.        :

------------------------------------------------------------------ x

PLEASE TAKE NOTICE that Jason D. Sanders of the law firm of Cowan, Liebowitz & Latman, P.C. hereby appears as counsel for petitioner CSI International in the above-captioned action and for the purpose of being added to the list of ECF notice recipients.

Dated: New York, New York
       May 16, 2007

                                                     COWAN, LIEBOWITZ & LATMAN, P.C.

                                                     By:    /s/ Jason D. Sanders
                                                             Robert W. Clarida (RC-3190)
                                                             Jason D. Sanders (JS-2219)
                                                1133 Avenue of the Americas
                                                New York, New York 10036
                                                212-790-9200

                                                *Attorneys for Petitioner*

27271/000/791375.1