UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------  x

CSI INTERNATIONAL,

                 Petitioner,

    -against-

D&M NEW WORLD MANAGEMENT INC.
*doing business as* APOLLO FINE SPIRITS,

                 Respondent.

-----------------------------------------------------------------  x

Index No.: 07 Civ. 3787 (SAS)

**NOTICE OF APPEARANCE**

FILED ELECTRONICALLY

      PLEASE TAKE NOTICE that Robert W. Clarida of the law firm of Cowan, Liebowitz & Latman, P.C. hereby appears as counsel for petitioner CSI International in the above-captioned action and for the purpose of being added to the list of ECF notice recipients.

Dated: New York, New York
       May 16, 2007

                              COWAN, LIEBOWITZ & LATMAN, P.C.

                              By:  /s/ Robert W. Clarida
                                  Robert W. Clarida (RC-3190)
                                  Jason D. Sanders (JS-2219)
                         1133 Avenue of the Americas
                         New York, New York 10036
                         212-790-9200

                         *Attorneys for Petitioner*

27271/000/791376.1