UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x
CSI INTERNATIONAL,

        Petitioner,

  -against-

D&M NEW WORLD MANAGEMENT INC.
*doing business as* APOLLO FINE SPIRITS,

        Respondent.

---------------------------------------------------------------- x

Index No.: 07 Civ. 3787 (SAS)

STIPULATION OF
WITHDRAWAL OF
NOTICE OF REMOVAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, through their counsel, that Respondent's Notice of Removal is withdrawn with prejudice and without costs to either party. *The Clerk of the Court is directed to close this case.*

COWAN, LIEBOWITZ & LATMAN, P.C.
Attorneys for Petitioner

*/s/ Jason Sanders/*
Robert W. Clarida (RC-3190)
Jason D. Sanders (JS-2219)
1133 Avenue of the Americas
New York, New York 10036
(212) 790-9200

Dated: May 16, 2007

LAZARUS & LAZARUS, P.C.
Attorneys for Respondent

*/s/ Harlan Lazarus/*
Harlan M. Lazarus (HL-0265)
Gilberta A. Lazarus (GAL-1025)
240 Madison Avenue, 8th Floor
New York, NY 10016
(212) 889-7400

Dated: May 16, 2007

SO ORDERED: */s/ Shira A. Scheindlin/*
Hon. Shira A. Scheindlin, U.S.D.J.

Date: 5/16/07

27271/000/791328.1